FILED & ENTERED

JUL 30 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>VIVENCIO A. REYES,<br><br>    Debtor. | Case No.: 6:14-bk-18488-WJ<br><br>CHAPTER 13<br><br>**ORDER DENYING DEBTOR'S MOTION IN AN INDIVIDUAL CASE FOR AN ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>Hearing:<br>Date:   July 30, 2014<br>Time:  10:30 a.m.<br>Crtrm.: 304 |

    On July 30, 2014 at 10:30 a.m., the Court held a hearing regarding the motion of the debtor, Vivencio A. Reyes, entitled "Notice Of Motion And Motion In Individual Case For Order Imposing A Stay Or Continuing The Automatic Stay As The Court Deems Appropriate" ("Motion").  There were no appearances.  For the reasons stated on the record, the Court denied the Motion.

1  The Court hereby ORDERS, ADJUDGES and DECREES:

3  1. The Motion is denied for failure to prosecute.

5  IT IS SO ORDERED.

Date: July 30, 2014

_____
Wayne Johnson
United States Bankruptcy Judge